Name, Address and Telephone Number of Attorney(s):
Ronald Dean, SBN 47663
1155 Via de la Paz
Pacific Palisades, CA  90272
rdean@74erisa.com

**CLEAR FORM**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Chanchala Joshi, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:21-cv-02072-JLS-ADS |
| v. | |
| Hartford Life & Acc. Ins. Co., et al | **MEDIATION REPORT** |
| Defendant(s). | |

*Instructions:* **The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.**

1. ☑ A mediation was held on (date): August 19, 2022 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by L.R. 16-15.5(b).

   ☐ Did not appear as required by L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on August 19, 2022 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?

Dated: August 19, 2022

/s/ Ronald Dean
Signature of Mediator

Ronald Dean
Name of Mediator (print)

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*

ADR-03 (10/19)             **MEDIATION REPORT**             Page 1 of 1