ROBERT J. ROSATI, SBN 112006
robert@erisalg.com
RAQUEL BUSANI, SBN 323168
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, CA 93704
Tel: 559-478-4119
Fax: 559-478-5939

Attorneys for Plaintiff Chanchala Joshi

Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
Edith Sanchez Shea (SBN 177578)
E-mail: eshea@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700

Attorneys for Defendant Hartford Life and Accident Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| CHANCHALA JOSHI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 8:21-cv-02072-JLS-ADS<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[Filed concurrently with (Proposed) Order]** |

TO THE HONORABLE COURT:

Plaintiff Chanchala Joshi and Defendant Hartford Life and Accident Insurance Company, by and through their respective counsel, hereby stipulate that

///

this action be dismissed with prejudice, in its entirety, and with each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  October 14, 2022          By: *s/ Raquel M. Busani*
                                  Robert J. Rosati
                                  Raquel M. Busani
                                  Attorneys for Plaintiff Chanchala Joshi

Dated:  October 14, 2022          BURKE, WILLIAMS & SORENSEN, LLP

                                  By: *s/ Edith Sanchez Shea*
                                  Michael B. Bernacchi
                                  Edith Sanchez Shea
                                  Attorneys for Defendant Hartford Life
                                  and Accident Insurance Company

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Raquel M. Busani, counsel for Plaintiff Chanchala Joshi, and that I have obtained Ms. Busani's authorization to affix her electronic signature to this document.

BURKE, WILLIAMS & SORENSEN, LLP

By: *s/ Edith Sanchez Shea*
Michael B. Bernacchi
Edith Sanchez Shea
Attorneys for Defendant Hartford Life
and Accident Insurance Company

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4859-6211-7423 v1        - 2 -        CASE NO. 8:21-cv-02072-JLS-ADSx
                                          STIPULATION TO DISMISS ACTION WITH
                                          PREJUDICE