1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| CHANCHALA JOSHI, | Case No.  8:21-cv-02072-JLS-ADS |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

     Pursuant to the Parties' Stipulation to Dismiss with Prejudice (Doc. 35), IT IS HEREBY ORDERED that this matter shall be dismissed in its entirety, with prejudice. Each party is to bear their own attorneys' fees and costs.

IT IS SO ORDERED.


DATED:  October 18, 2022

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE